*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

12/21/2017

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED
District of Columbia
Court of Appeals

*Julio Castillo*
Julio Castillo
Clerk of Court

No. 17-BG-512

IN RE LESLIE D. SILVERMAN

     Respondent.       Board Docket No. 11-BD-090
Bar Registration No. 448188      BDN: 17-11

BEFORE: Blackburne-Rigsby, Chief Judge, Beckwith, Associate Judge, and Nebeker, Senior Judge.

**O R D E R**
(FILED – December 21, 2017)

On consideration of the affidavit of Leslie D. Silverman, wherein she consents to disbarment from the bar of the District of Columbia pursuant to D.C. Bar Rule XI, § 12, which affidavit has been filed with the Clerk of this court, and the report and recommendation of the Board on Professional Responsibility, and it appearing that respondent filed a compliant affidavit with the court on December 5, 2017, it is this 21st day of December, 2017,

ORDERED that the said Leslie D. Silverman is hereby disbarred by consent, effective forthwith. The effective date of respondent's disbarment is nunc pro tunc to December 5, 2017.

The Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the court or upon written consent of the respondent.

The Clerk shall cause a copy of this order to be transmitted to the Chairman of the Board on Professional Responsibility and to the respondent, thereby giving her notice of the provisions of Rule XI, §§ 14 and 16, which set forth certain rights and responsibilities of disbarred attorneys and the effect of failure to comply therewith.

**PER CURIAM**